No. 231. BRANNAN ET AL. *v.* HARRISON, COMPTROLLER GENERAL. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *State Board of Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537, 542; *Brown-Forman Co.* v. *Kentucky,* 217 U. S. 563, 573; *Singer Sewing Machine Co.* v. *Brickell,* 233 U. S. 304, 315; *Bradley* v. *Richmond,* 227 U. S. 477. *Messrs. C. N. Davie* and *James F. Kemp* for appellants. No appearance for appellee.

No. 238. NEW YORK DOCK Co. *v.* NEW YORK & CUBA MAIL S. S. Co. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Homer Ramsdell Transportation Co.* v. *LaCompagnie Generale Transatlantique,* 182 U. S. 406. *Mr. Alexander J. Field* for appellant. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for appellee.